# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 04-1484 consolidated with 04-1483, 04-1485, & 04-1486

**W. GREGORY BAKER AND VIKKI L. BAIERS**

**VERSUS**

**CHRIS VERRET, ED LARRY SIKES, GREG BAKER ENTERPRISES, INC., STEPHANIE M. HIGGINBOTHAM, DARNALL SIKES & FREDERICK (A CPA CORPORATION), V L B, INC., CBC INTERNATIONAL, INC., LOUIS B. VIVIANO, NAWLINS KAJUN FOODS, L.L.C., NKF I-DR LIMITED PARTNERSHIP, XYZ INSURANCE CO., XYZ INSURANCE CO.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 980481
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ULYSSES GENE THIBODEAUX
CHIEF JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Jimmie C. Peters, and Marc T. Amy, Judges.

**PETERS, J., DISSENTS AND ASSIGNS WRITTEN REASONS.**

**AMY, J., CONCURS FOR THE REASONS ASSIGNED IN** *Glod v. Baker*, **04-1483 (La.App. 3 Cir. __/__/05), __ So.2d __.**

**AFFIRMED.**

**Nancy Scott Degan**
**Roy C. Cheatwood**
**Jennifer B. McNamara**
**Kent Andrew Lambert**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
**201 St. Charles Avenue - Suite 3600**
**New Orleans, LA 70170**
**Telephone:  (504) 565-5266**
**COUNSEL FOR:**
     **Defendants/Appellants - Nawlins Kajun Foods, L.L.C., NKF I-DR Limited Partnership, LAF Foods, Inc., BCM, L.L.C., Greg Baker Enterprises. CPCI Incorporated, Louis B. Viviano, CBC International, Inc., & V L B, Inc.**

**Steven Gerald Durio**
**Robert L. Broussard**
**Jessica Watts Farmer**
**Durio, McGoffin & Stagg**
**P. O. Box 51308**
**Lafayette, LA 70505-1305**
**Telephone: (337) 233-0300**
**COUNSEL FOR:**
  Defendants/Appellees - Donald J. Baker, Kirby Pecot, Andrew B. Jameson, Max
  Luttgeharm, & M. L. Godley, M.D.


**Joseph C. Giglio, Jr.**
**Liskow & Lewis**
**P. O. Box 52008**
**Lafayette, LA 70505**
**Telephone: (337) 232-7424**
**COUNSEL FOR:**
  Plaintiff/Appellant - Walter A. Glod, Jr., M.D.


**Robert A. Kutcher**
**Nicole S. Tygier**
**Patricia Diane Tunmer**
**Keegan E. Chopin**
**Chopin, Wagar, Richard, & Kutcher, LLP**
**Two Lakeway Center - Suite 900**
**3850 North Causeway Boulevard**
**Metairie, LA 70002**
**Telephone: (504) 830-3838**
**COUNSEL FOR:**
  Defendants/Appellees - Copeland's of New Orleans, Inc., the Succession of
  William A. Copeland, III, and Alvin C. Copeland, Jr.


**William H. Parker, III**
**Allen & Gooch**
**P. O. Drawer 3768**
**Lafayette, LA 70502-3768**
**Telephone: (337) 291-1270**
**COUNSEL FOR:**
  Defendants/Appellees - Darnall, Sikes, Kolder, Frederick & Rainey and Ed
  Larry Sikes


**Reginald J. Ringuet**
**Ringuet, Daniels & Collier**
**P. O. Box 52647**
**Lafayette, LA 70505**
**Telephone: (337) 232-0002**
**COUNSEL FOR:**
  Defendants/Appellants - CBC International, Inc., NKF I-DR Limited
  Partnership, Nawlins Kajun Foods, L.L.C., CPCI Incorporated, Greg Baker
  Enterprises, V L B, Inc., LAF Foods, Inc., BCM, L.L.C., and Louis B. Viviano


**Larry Lane Roy**
**Jennifer A. Wells**
**Preis, Kraft & Roy**
**P. O. Drawer 94-C**
**Lafayette, LA 70509**
**Telephone: (337) 237-6062**
**COUNSEL FOR:**
  Defendants/Appellees - Coregis Insurance Company and Chris Verret

**George Allen Walsh**
**Alice Estill**
**601 Napoleon Street**
**Baton Rouge, LA 70802**
**Telephone: (225) 381-9305**
**COUNSEL FOR:**
     **Defendants/Appellees - W. Gregory Baker and Vikki Lynn Baiers**

**John Bologna Krentel**
**601 North Carrollton Avenue**
**New Orleans, LA 70119-4747**
**Telephone: (504) 569-1800**
**COUNSEL FOR:**
     **Defendants/Appellees - Copeland's of New Orleans, Inc., the Succession of William A. Copeland III, and Alvin C. Copeland, Jr.**

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *Glod v. Baker*, 04-1483 (La.App. 3 Cir. __/__/05), __ So.2d __, the judgment of the trial court is affirmed.  Costs of the appeal are assessed to appellants, BCM, L.L.C. and Nawlins Kajun Foods, L.L.C.

**AFFIRMED**.

1

NUMBER 04-1484
CONSOLIDATED WITH 04-1483, 04-1485, & 04-1486

COURT OF APPEAL, THIRD CIRCUIT
STATE OF LOUISIANA

W. GREGORY BAKER AND VIKKI L. BAIERS

VERSUS

CHRIS VERRET, ED LARRY SIKES, GREG BAKER ENTERPRISES, INC., STEPHANIE M. HIGGINBOTHAM, DARNALL SIKES & FREDERICK (A CPA CORPORATION), V L B, INC., CBC INTERNATIONAL, INC., LOUIS B. VIVIANO, NAWLINS KAJUN FOODS, L.L.C., NKF I-DR LIMITED PARTNERSHIP, XYZ INSURANCE CO., XYZ INSURANCE CO.

PETERS, J., dissenting.

For the reasons discussed in my dissent in the consolidated case of *Glod v. Baker*, 04-1483 (La.App. 3 Cir. ___/___/05), ___ So.2d ___, I respectfully disagree with the majority's opinion in this matter. I would reverse the trial court's grant of the summary judgment and remand the matter for further proceedings.

NUMBER 04-1483
C/W 04-1484, 04-1485, 04-1486

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

WALTER A. GLOD, JR., M.D.

VERSUS

W. GREGORY BAKER, ET AL.

AMY, J., concurring.

I agree that an affirmation is required. With regard to claims allegedly arising under the Louisiana Fair Trade Practices Act, I find that they were either perempted or without merit and, therefore, subject to dismissal through summary judgment. Like the lead opinion, I find the continuing tort doctrine inapplicable as the limitation period at issue is one of peremption rather than prescription. Peremptive periods cannot be interrupted or suspended and application of the continuing tort doctrine to the period would do just that. Absent the continuing tort theory, each action must be viewed as individual and should be recognized as beginning its own peremptive period. Simply, as suit was filed on January 29, 1998, it was not timely as to any action occurring prior to January 29, 1997. Any actions occurring after that date do not constitute LUTPA violations and were, therefore, appropriate for summary judgment.